[No. 33638-0-I.   Division One.   July 10, 1995.]

ROBERT FREDERICK VINCENT, JR., *Appellant*, v. CATHERINE A. VINCENT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 81-3-10708-1, Sally Phillips Pasette, J., entered October 22, 1993. *Reversed* by unpublished opinion per Grosse, J., concurred in by Baker, C.J., and Coleman, J.

[No. 34442-1-I.   Division One.   July 10, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER J. ELLIS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-1-01143-6, David F. Hulbert, J., entered April 11, 1994. *Affirmed* by unpublished opinion per Becker, J., concurred in by Webster and Ellington, JJ.

[No. 13394-0-III.   Division Three.   July 11, 1995.]

*In re the Marriage of* KERRI R. GEIGER, *Respondent, and* FREDERIC M. GEIGER, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 92-3-50262-0, Duane E. Taber, J., entered June 28, 1993. *Affirmed in part* and *reversed in part* by unpublished opinion per Sweeney, A.C.J., concurred in by Munson and Schultheis, JJ.